## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABRE, INC., et al., | Misc. No. _____ |
| VS. | |
| | Case Pending in the Northern District of Texas, |
| NORTHWEST AIRLINES, INC., | Fort Worth Division |
| | Civil Action No. 4:04-CV-612-Y |
| | Consolidated with 4:04-CV-907-Y (ECF) |

## NORTHWEST AIRLINES, INC.'S MOTION TO COMPEL COMPLIANCE WITH ITS SUBPOENA *DUCES TECUM* TO GÁLILEO INTERNATIONAL, LLC

Northwest Airlines, Inc. ("Northwest") hereby moves to enforce compliance with the

subpoena *duces tecum* that it has served on Galileo International, LLC ("Galileo").

The legal and factual bases for Northwest's Motion are set forth in the accompanying

Memorandum.

Of Counsel:

James P. Denvir
Amy J. Mauser
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202) 237-2727

Parker C. Folse, III
1201 Third Avenue, Suite 3100
SUSMAN GODFREY LLP
Seattle, WA 98101
Telephone: (206) 516-3860

Thomas Tinkham
Theresa M. Bevilacqua
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

DATED:  August 23, 2005

Lewis H. Lazarus #2374
Mary B. Matterer #2696
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19899
Telephone:  (302) 888-6800
mmatterer@morrisjames.com

**Attorneys for
Northwest Airlines, Inc.**

**RULE 7.1.1 CERTIFICATION**

Counsel for Northwest Airlines, Inc. hereby certifies that opposing counsel was contacted in an effort to resolve this issue to no avail.

Mary B. Matterer #2696
mmatterer@morrisjames.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| SABRE, INC., et al., | ) | |
| | ) | Misc. No. _____ |
| VS. | ) | |
| | ) | Case Pending in the Northern District of Texas, |
| NORTHWEST AIRLINES, INC., | ) | Fort Worth Division |
| | ) | Civil Action No. 4:04-CV-612-Y |
| | ) | Consolidated with 4:04-CV-907-Y (ECF) |
| | ) | |

## <u>ORDER</u>

Upon consideration of Northwest Airlines, Inc.'s Motion to Compel Compliance With Its

Subpoena *Duces Tecum* To Galileo International, LLC, the supporting and opposing memoranda,

and the entire record herein, it is, by the Court, this _____ day of _____, 2005:

ORDERED that Northwest Airlines, Inc.'s Motion to Compel shall be, and hereby is,

GRANTED; and it is

FURTHER ORDERED that Galileo International, LLC shall be, and hereby is, directed

to produce documents responsive to Northwest Airlines, Inc.'s subpoena *duces tecum* within

twenty (20) days of the date of this Order.

 

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified this 23rd day of August, 2005 that copies of the foregoing document,

**Northwest Airlines, Inc.'s Motion to Compel Compliance with its Subpoena *Duces Tecum***

**to Galileo International, LLC**, were hereby served as indicated:

**VIA HAND DELIVERY**

Galileo International, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**VIA FEDERAL EXPRESS**

Mark J. Altschull, Esq.
David F. Wentzel, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
312.372.2000

Neil A. Goteiner, Esq.
Farella, Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
415.954.4400

R.H. Wallace, Esq.
Shannon Gracey Ratliff & Miller LLP
777 Main Street, Suite 3800
Fort Worth, TX  76102
817.336.9333

Fred H. Bartlit, Esq.
Bartlit, Beck, Herman, Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO  80202
303.592.3100

Chris Lind, Esq.
Bartlit, Beck, Herman, Palenchar & Scott LLP
Courthouse Place, 54 West Hubbard Street
Chicago, IL  60610
312.494.4400

Mary B. Matterer #2696
mmatterer@morrisjames.com