IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABRE, INC., et al., ) | |
| ) | Misc. No. 05-MC-00166 (SLR) |
| v. ) | |
| ) | Case Pending in the Northern District of Texas, |
| NORTHWEST AIRLINES, INC. ) | Fort Worth Division |
| ) | Civil Action No. 4:04-CV-612-Y |
| ) | Consolidated with 4:04-CV-907-Y (ECF) |

## GALILEO INTERNATIONAL INC.'S
## MOTION TO QUASH DOCUMENT SUBPOENA

Galileo International, Inc. ("Galileo") hereby moves to quash the third party subpoena served by Northwest Airlines, Inc. ("Northwest") as part Northwest's lawsuit against Sabre Inc. and Sabre Travel International Limited in the United States District Court for the Northern District of Texas. The factual and legal bases for Galileo's motion are set forth in the accompanying Memorandum.

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
Fax: (302) 658-8111
jlholzman@prickett.com
jcathey@prickett.com

**Attorneys for
Galileo International, Inc.**

Of Counsel:

Steven P. Handler
David F. Wentzel
Mark J. Altschul
McDermott, Will & Emery LLP
227 W. Monroe
Chicago, IL 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700

Dated: September 7, 2005
CHI99 4522555-1.069834.0012

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on this 7th day of September, 2005, I electronically filed **Galileo International Inc.'s Motion to Quash Document Subpoena** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

>Lewis H. Lazarus, Esquire -#2374
>Mary B. Matterer, Esquire - #2696
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19899
>llazarus@morrisjames.com
>mmatterer@morrisjames.com

I further certify that on September 7, 2005, I have mailed by Federal Express **Galileo International Inc.'s Motion to Quash Document Subpoena to** the following non-registered participants:

James P. Denvir, Esquire
Amy J. Mauser, Esquire
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone 202-237-2727

Roderick M. Thompson, Esquire
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone 415-954-4400

>PRICKETT, JONES & ELLIOTT, P.A.
>
>By: _____
>James L. Holzman (Bar ID #663)
>J. Clayton Athey (Bar ID #4378)
>1310 King Street
>P.O. Box 1328
>Wilmington, Delaware 19899-1328
>Telephone: (302) 888-6500
>Fax: (302) 658-8111
>jlholzman@prickett.com
>jcathey@prickett.com
>**Attorneys for**
>**Galileo International, Inc.**