UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SABRE, INC., et al., ) | Case Pending in the Northern District of Texas, |
| ) | Fort Worth Division, Civil No. 4:04-CV-612-Y, |
| ) | Consolidated with 4:04-CV-907-Y (ECF) |
| VS. ) | Misc. No. 05-MC-00166 (SLR) |
| ) | |
| NORTHWEST AIRLINES, INC., ) | |

## NORTHWEST AIRLINES, INC.'S REQUEST FOR ORAL ARGUMENT

Northwest Airlines, Inc. hereby requests oral argument pursuant to Local Rule 7.1.4 on their fully briefed Motion to Compel Compliance With Its Subpoena *Duces Tecum* to Galileo International, LLC [D.I. 1].

OF COUNSEL:

James P. Denvir
Amy J. Mauser
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202) 237-2727

Parker C. Folse, III
1201 Third Avenue, Suite 3100
SUSMAN GODFREY LLP
Seattle, WA 98101
Telephone: (206) 516-3860

Thomas Tinkham
Theresa M. Bevilacqua
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

DATED: September 19 2005

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Amy A. Quinlan_
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
Amy A. Quinlan (I.D. #3021)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 888-6989
aquinlan@morrisjames.com

**Attorneys for
Northwest Airlines, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2005, I electronically filed the foregoing document, **Northwest Airlines, Inc.'s Request for Oral Argument**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

James L. Holzihan, Esquire
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Additionally, I hereby certify that on the 19th day of September, 2005, the foregoing document was served via Federal Express on the following non-registered participants:

Steven P. Handler, Esquire
David F. Wentzel, Esquire
Mark J. Altschul, Esquire
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606
312.372.2000

Neil A. Goteiner, Esquire
Farella, Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
415.954.4400

R.H. Wallace, Esquire
Shannon Gracey Ratliff & Miller LLP
777 Main Street, Suite 3800
Fort Worth, TX 76102
817.336.9333

Fred H. Bartlit, Esquire
Bartlit, Beck, Herman, Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
303.592.3100

Chris Lind, Esquire
Bartlit, Beck, Herman, Palenchar & Scott LLP
Courthouse Place, 54 West Hubbard Street
Chicago, IL 60610
312.494.4400

MORRIS, JAMES, HITCHENS
 & WILLIAMS LLP

_/s/ Amy Quinlan_
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
aquinlan@morrisjames.com
**Attorneys for
Northwest Airlines, Inc.**