## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABRE, INC., et al.,  ) | |
| ) | |
| v.  ) | Misc. No. 05-MC-00166 (SLR) |
| ) | |
| NORTHWEST AIRLINES, INC.  ) | Case Pending in the Northern District of Texas, |
| ) | Fort Worth Division |
| ) | Civil Action No. 4:04-CV-612-Y |
| ) | Consolidated with 4:04-CV-907-Y (ECF) |
| ) | |

## GALILEO INTERNATIONAL INC.'S
## REQUEST FOR ORAL ARGUMENT

Galileo International, Inc. hereby requests oral argument pursuant to Local Rule 7.1.4 on its

fully briefed Cross Motion to Quash Document Subpoena, D.I. 3.


Dated:  September 23, 2005

                                        PRICKETT, JONES & ELLIOTT, P.A..

                                        By:_____
                                            James L. Holzman (Bar ID #663)
                                            J. Clayton Athey (Bar ID #4378)
                                            Prickett, Jones & Elliott, P.A.
                                            1310 King Street
Of Counsel:                                 Wilmington, DE 19899
                                            Telephone:  (302) 888-6500
Steven P. Handler                           Fax:  (302) 658-8111
David F. Wentzel                            jlholzman@prickett.com
Mark J. Altschul                            jcathey@prickett.com
McDermott, Will & Emery LLP
227 W. Monroe                               *Attorneys for*
Chicago, IL 60606                           *Galileo International, Inc.*
Telephone:  (312) 372-2000
Fax:  (312) 984-7700


CHI99 4530386-1.069834.0012


19725.1.\285875v1

## CERTIFICATE OF SERVICE

   I, J. Clayton Athey, hereby certify that on September 23, 2005, I electronically filed **Galileo International Inc.'s Request for Oral Argument** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

> Lewis H. Lazarus, Esquire -#2374
> Mary B. Matterer, Esquire - #2696
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE 19899
> llazarus@morrisjames.com
> mmatterer@morrisjames.com

   I further certify that on September 23, 2005, I have mailed by Federal Express **Galileo International Inc.'s Request for Oral Argument** to the following non-registered participants:

James P. Denvir, Esquire
Amy J. Mauser, Esquire
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone 202-237-2727

Roderick M. Thompson, Esquire
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone 415-954-4400

PRICKETT, JONES & ELLIOTT, P.A.

By:_____
  James L. Holzman (Bar ID #663)
  J. Clayton Athey (Bar ID #4378)
  1310 King Street
  P.O. Box 1328
  Wilmington, Delaware 19899-1328
  Telephone: (302) 888-6500
  Fax: (302) 658-8111
  jlholzman@prickett.com
  jcathey@prickett.com
  **Attorneys for**
  **Galileo International, Inc.**