IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SABRE, INC., et al., ) | Case Pending in the Northern District of Texas, Fort Worth Division, Civil No. 4:04-CV-612-Y, Consolidated with 4:04-CV-907-Y (ECF) |
| v. ) | Misc. No. 05-MC-00166 (SLR) |
| NORTHWEST AIRLINES, INC., ) | |

**JOINT MOTION OF NORTHWEST AIRLINES, INC. AND
GALILEO INTERNATIONAL, INC. TO STAY
OR ADMINISTRATIVELY CLOSE THIS MATTER**

Northwest Airlines, Inc. ("Northwest") and Galileo International, Inc. ("Galileo") respectfully request that the Court stay or administratively close the above-captioned matter. As grounds for this motion, Northwest and Galileo state as follows:

1. Northwest filed this matter to enforce a subpoena *duces tecum* that it served on Galileo in connection with its claims in consolidated litigation captioned *Sabre Inc., et al. v. Northwest Airlines, Inc.*, Civil Action No. 4:04-CV-612-Y (N.D. Tex.) (hereinafter, the "Underlying Litigation"). Galileo subsequently filed its cross Motion to Quash Document Subpoena.

2. Northwest has filed a voluntary petition under Chapter 11 of the United States Code in the Southern District of New York, Case No. 17930 (ALG).

3. Because of Northwest's bankruptcy filing, the Honorable Terry R. Means, the judge presiding over the Underlying Litigation in the Northern District of Texas, has issued an order staying the Underlying Litigation and administratively closing it for the time being. A copy of that Order is attached hereto as Exhibit A. Judge Means' order further provides that "[t]he case may be reopened, without prejudice, upon the motion of either party, pursuant to any

action taken in the related bankruptcy proceeding. The right to reopen this case shall continue until thirty (30) days after the related bankruptcy proceedings are concluded."

WHEREFORE, because of the stay issued by the Court in the Underlying Litigation, Northwest and Galileo request that the Court issue an Order in the form attached hereto (a) staying further proceedings in the above-captioned matter (and to the extent the Court may deem it necessary, administratively closing the matter), and (b) permitting Northwest to reopen this matter, without prejudice, if and when the Court in the Underlying Litigation lifts the stay and permits the Underlying Litigation to proceed.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Lewis H. Lazarus (Bar ID #2374)
Mary B. Matterer (Bar ID #2696)
Amy A. Quinlan (Bar ID #3021)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 888-6800
aquinlan@morrisjames.com

**Attorneys for Northwest Airlines, Inc.**

PRICKETT, JONES & ELLIOTT, P.A.

_____
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
jcathey@prickett.com

**Attorneys for Galileo International, Inc.**

Of Counsel:

**Northwest Airlines, Inc.:**

James P. Denvir
Amy J. Mauser
Jonathan M. Shaw
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202) 237-2727

Parker C. Folse, III
1201 Third Avenue, Suite 3100
SUSMAN GODFREY LLP
Seattle, WA 98101
Telephone: (206) 516-3860

Thomas Tinkham
Theresa M. Bevilacqua
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600


**Galileo International, Inc.:**

Steven P. Handler
David F. Wentzel
Mark J. Altschul
McDERMOTT WILL & EMERY LLP
227 W. Monroe
Chicago, IL 60606
Telephone: (312) 372-2000


DATED: September 29, 2005

## CERTIFICATE OF SERVICE

I, J. Clayton Athey, hereby certify that on September 29, 2005, I electronically filed **Joint Motion of Northwest Airlines, Inc. and Galileo International Inc. to Stay or Administratively Close this Matter** with the Clerk of the Court using CM/ECF, which is available for viewing and downloading, and which will send notification of such filing to the following counsel of record:

>   Lewis H. Lazarus, Esquire -#2374
>   Mary B. Matterer, Esquire - #2696
>   Morris, James, Hitchens & Williams LLP
>   222 Delaware Avenue, 10th Floor
>   Wilmington, DE 19899
>   llazarus@morrisjames.com
>   mmatterer@morrisjames.com

>   PRICKETT, JONES & ELLIOTT, P.A.
>
>   By: _____
>   James L. Holzman (Bar ID #663)
>   J. Clayton Athey (Bar ID #4378)
>   1310 King Street
>   P.O. Box 1328
>   Wilmington, Delaware 19899-1328
>   Telephone: (302) 888-6500
>   Fax: (302) 658-8111
>   jlholzman@prickett.com
>   jcathey@prickett.com
>   **Attorneys for**
>   **Galileo International, Inc.**

19725.1\286314v1