**A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SABRE INC. and SABRE TRAVEL INTERNATIONAL LIMITED § § § § VS. § § NORTHWEST AIRLINES, INC. § § | CIVIL ACTION NO.4:04-CV-612-Y (Consolidated with 4:04-CV-907-Y) |

<u>ORDER ADMINISTRATIVELY CLOSING CASE DUE TO DEFENDANT'S BANKRUPTCY</u>

On September 20, 2005, defendant Northwest Airlines, Inc. ("Northwest") filed a Notice of Bankruptcy in the above-styled and -numbered cause. The notice states that Northwest filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the Southern District of New York, case number 05-17930(ALG), and, therefore, that the above-styled and -numbered cause has been automatically stayed pursuant to 11 U.S.C. § 362. Consequently, the case is automatically STAYED.

In an effort to manage this Court's docket more efficiently, the above-styled and -numbered cause should be and is hereby ADMINISTRATIVELY CLOSED. The case may be reopened, without prejudice, upon the motion of either party, pursuant to any action taken in the related **bankruptcy** proceeding. <u>The right to reopen this case shall continue until thirty (30) days after the related bankruptcy proceedings are concluded</u>. *See Prior Products, Inc. v. Southwest Wheel-NCL Co.*, 805 F.2d 543 (5th Cir. 1986).

Northwest is directed to notify the Court, in writing, every six months of the status of the bankruptcy proceedings and upon the

termination of the bankruptcy proceedings.  Failure to so notify the Court will result in appropriate sanctions either against Northwest or Northwest's attorney of record.

    SIGNED September 23, 2005.

TRM/kat

                                            TERRY R. MEANS
                                            UNITED STATES DISTRICT JUDGE