IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SABRE, INC., et al.,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., | Case Pending in the Northern District of Texas, Fort Worth Division, Civil No. 4:04-CV-612-Y, Consolidated with 4:04-CV-907-Y (ECF)<br><br>Misc. No. 05-MC-00166 (SLR) |

## ORDER

WHEREAS, the consolidated litigation underlying this matter captioned *Sabre Inc., et al. v. Northwest Airlines, Inc.*, Civil Action No. 4:04-CV-612-Y (N.D. Tex.) (the "Underlying Litigation") has been stayed and administratively closed for the time being; and

WHEREAS, counsel for Northwest Airlines, Inc. ("Northwest") and Galileo International, Inc. have filed a joint motion to stay or administratively close this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned matter is hereby stayed and administratively closed. Northwest shall be permitted to reopen this matter, without prejudice, if and when the Court in the Underlying Litigation lifts the stay and permits the Underlying Litigation to proceed.

/s/ Sue L. Robinson
Sue L. Robinson
United States District Judge

Dated: October 3, 2005